## Contact

www.linkedin.com/in/diana-gratz-42952630 (LinkedIn)

## Top Skills
Fine Art
Fine Art Photography
Nature Photography

# Diana Gratz
Art Advisor, Collector, Designer., fine art photography
Naples, Florida Area

## Experience

**Elizabeth Evans Gallery**
Director
August 2012 - Present
Naples, Marco Island, Florid.  a - Sharon, Connecticut Richmond, Virginia

Elizabeth Evans Gallery specializes in fine art photography, catering to a select clientele of collectors, designers and art enthusiasts alike. A full-service gallery, Founding Director, Diana Evans Gratz along with her team of associates of paramount art acumen offer impeccable art, personal collection consulting, appraisals among other specialty services to meet the demands tantamount to today's art world. The gallery represents Clyde Butcher, Iran Issa-Khan, Fernando Baliño, Greg Lotus, Carlos Domenech, Ran Adler, among others.
www.elizabethevansgallery.com

**Evans Gratz Designs**
Founder and President - Director of Design
August 1975 - April 2012 (36 years 9 months)
Naples & Pensacola, Florida - Sharon, Connecticut - Lookout Mountain, Tennessee

Evans Gratz Designs is a full-service interior design firm of almost four decades specializing in residential, commercial and corporate projects with a focus on both traditional and contemporary design, space planning, outdoor living, and landscape design.  Our team of design professionals create environments suited to each clients needs ranging from large estates, primary residences, coastal and mountain vacation retreats to the hospitality, yachting and aviation industries.  Evans Gratz Designs has completed projects throughout the United States and the Caribbean.

---

## Education

**The University of Georgia**
Bachelor of Fine Arts (B.F.A.), FIne Arts, History of Art